# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY LUCAS

NO. 2022 KW 0066

**MARCH 28, 2022**

---

In Re:    Anthony Lucas, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 20-CR3-14388.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of Washington Parish reflects the district court is proceeding toward disposition of relator's "Motion to Compel Identity of Confidential Informant," as it is set to be heard on April 12, 2022.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT